Henry Leerburger, Appellant, v. Henry R. C. Watson, as Sole Surviving

Executor, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.